# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MATTHEW VERSER**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00434-BSM**

**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**
*Commissioner*

## ORDER

United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc.

No. 14] is adopted.  Matthew Verser's claims are dismissed with prejudice and the requested

relief is denied.

IT IS SO ORDERED this 20th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE